# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**JAMES HARVEY JR.**

       **Petitioner,**

    **V.**                       **CASE NUMBER: 9:01-CV-1116 (NAM/GJD)**

**HANS WALKER,**

       **Respondent,**


**[  ]**       **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues  have been tried and the jury has rendered its verdict.

**[ X ]**       **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Respondent, in accordance with the Order of District Court Judge Norman A. Mordue filed on August 5, 2005.


August 5, 2005                          ***LAWRENCE K. BAERMAN***

_____     _____
DATE                                    CLERK

Entered on the Docket: 8/5/2005     ____   s/ April L. Hudson_____
                                   (BY) DEPUTY CLERK